

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00901-CR

**EX PARTE** Paul Edward **NIMNICHT**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9336
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED April 15, 2015.

_____
Jason Pulliam, Justice